**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 365 MAL 2023

Respondent    :
   :
   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court
v.    :
   :
   :
ANTHONY RICHARD MACHADO,    :
   :
Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.